# EOS CCA

**EOS CCA**
700 LONGWATER DRIVE
NORWELL, MA 02061

Toll Free : **1-877-277-4882**
Phone Number: **1-781-753-4001**

February 5, 2013

**Office Hours:**
Monday - Thursday:   8:00 AM - 9:00 PM  ET
Friday:              8:00 AM - 5:00 PM  ET
Saturday:            8:00 AM - 12:00 PM ET

**Amnesty Debt Forgiveness of $606.83**

**RE:**
Your Account with our Client: **US ASSET MANAGEMENT INC**
Client Reference #: █████5307
Agency Account #: ████028
Original Creditor, if different from Client: **AT&T MOBILITY**

| | |
|---|---|
| Principal: | $ 566.04 |
| Interest: | $ 0.00 |
| Fees/Coll Costs: | $ 101.89 |
| Other Accounts: | $ 343.45 |
| Total Due: | $ 1011.38 |

Our client has authorized the following **amnesty program** to resolve your balance as noted above:

Lump Sum Settlement of 1 payment of $606.83 to be paid no later than 03/22/13.

We have a team of Service Specialists available by phone at 1-877-277-4882 that are ready to assist you with any questions or problems you may have about this bill. If you are unable to pay the Lump Sum Settlement offered under this Program, simply call and we can accept partial payments and set you up on a monthly payment plan if necessary.

If you are mailing your Lump Sum Settlement, please be sure to check off the amnesty box on the coupon below and include it with your payment. Please complete the reverse side of the coupon if you wish to pay your bill with your credit card by mail. We are not obligated to renew this offer.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

New York City Department of Consumer Affairs License Number 0960830. You may contact our office at the toll free number above during the hours noted and speak to Melissa Peralta or any available representative.

**PHONE OR WEB PAYMENT**

To make an automated payment via your touch tone phone, please call 877-365-9900, or to make a secure on-line payment via the web, please visit eoscca.solvemydebt.com. When prompted, please enter your account number and security code as provided below. Please retain this information for future payments as another reminder letter will not be issued.

Account Number: ████4028         Security Code: **105307**

---

PDP-████-1055-020513-340-04643-21          ✂ Detach Bottom Portion And Return With Payment ✂

**EOS CCA**
PO BOX 296
NORWELL, MA 02061-0296
FORWARD SERVICE REQUESTED

| Account # : | Client Reference # : | Payment Amount : |
|---|---|---|
| ████4028 | █████5307 | |

Client: **US ASSET MANAGEMENT INC**

☐  **Amnesty Settlement of $606.83 due by 03/22/13**

**PERSONAL & CONFIDENTIAL**
PDP-6104028-1055-020513-340-04643-21

**************ALL FOR ADC 130
**CAMERON GALE**
████████████



**EOS CCA**
PO BOX 5055
NORWELL, MA 02061-5055

EXHIBIT A