03/17/2014  01:40  3156553454                KIN                                              PAGE   01





EOS CCA
700 LONGWATER DRIVE
NORWELL, MA 02061

January 13, 2014

**Office Hours:**
Monday - Thursday:  8:00 AM - 9:00 PM ET
Friday:             8:00 AM - 5:00 PM ET
Saturday:           8:00 AM - 12:00 PM ET

Toll Free : 1-877-277-4882
Phone Number: 1-781-753-4001

## SETTLEMENT OFFER

**RE:**
Your Account with our Client: **US ASSET MANAGEMENT INC**
Client Reference #: ▮▮▮5307
Agency Account #: ▮▮▮4028
Original Creditor, if different from Client: **AT&T MOBILITY**

| | | |
|---|---|---:|
| Principal: | $ | 566.04 |
| Interest: | $ | 0.00 |
| Fees/Coll Costs: | $ | 101.89 |
| Other Accounts: | $ | 343.45 |
| Total Due: | $ | 1011.38 |

Our client has authorized the following resolution to your balance as noted above:

Lump Sum Settlement of 1 payment of **$707.97** to be paid no later than **02/12/14**.

If you are mailing your payment, please be sure to check off the settlement box on the coupon below and include with your payment. Please complete the reverse side of the coupon if you wish to pay your bill with your credit card by mail. We are not obligated to renew this offer.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

New York City Department of Consumer Affairs License Number 0960830. You may contact our office at the toll free number above during the hours noted and speak to Melissa Peralta or any available representative.

**PHONE OR WEB PAYMENT**

To make an automated payment via your touch tone phone, please call 877-365-9900, or to make a secure on-line payment via the web, please visit eoscca.solvemydebt.com. When prompted, please enter your account number and security code as provided below. Please retain this information for future payments as another reminder letter will not be issued.

Account Number ▮▮▮4028                    Security Code: ▮▮307

---

PDP-▮▮4028-170-011314-341-A2B-07734-32     ✂ Detach Bottom Portion And Return With Payment ✂

EOS CCA
PO BOX 981002
BOSTON, MA 02298-1002

| Account # : | Client Reference # : | Total Due : |
|---|---|---|
| ▮▮4028 | ▮▮5307 | $1011.38 |
| Client: US ASSET MANAGEMENT INC | | |

**FORWARD SERVICE REQUESTED**

**PERSONAL & CONFIDENTIAL**
PDP ▮▮4028-170-011314-341-A2B-07734-32

**********ALL FOR ADC 130
CAMERON GALE
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MAIL ALL PAYMENTS AND CORRESPONDENCE TO:

EOS CCA
PO BOX 981008
BOSTON, MA 02298-1008



EXHIBIT B

☐ Check here for 1 payment of $707.97 due by 02/12/14